Sylvia Vrba, appellee, v. Emil Venclik and Anna Venclik, appellants. Gen. No. 39,845.

Opinion filed February 28, 1938.

Joseph J. Kroupa, for appellants. Daniel L. Madden, for appellee; Aaron R. Eppstein, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Eli Frankel, appellee, v. Goldie Koslow Frankel, appellant. Gen. No. 39,866.

Opinion filed February 28, 1938.

Morris A. Haft, for appellant. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Bertha Arlt, conservatrix of estate of Emil Arlt, insane, appellee, v. Chicago Motor Coach Company, appellant. Gen. No. 39,159.

Opinion filed February 28, 1938. Rehearing denied March 14, 1938.

Barrett, Barrett, Costello & Barrett, for appellant; Chester D. Kern, of counsel. Finn & Miller, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Bertha Zister, administratrix of estate of Anthony M. Zister, deceased, appellee, v. William E. Pollack et al., appellants. Gen. No. 39,631.

Opinion filed February 28, 1938.

John A. Bloomingston, for appellants. Robert E. Crowe, Gerald R. Gorman and V. Russell Donaghy, for appellee.

Mr. Justice Matchett delivered the opinion of the court.